BALDWIN FERTILIZER. COMPANY *v.* MCALLISTER.

SIMMONS, C. J.    The evidence being sufficient to support the verdict, this
court will not interfere with the discretion of the trial judge in overruling a
motion for new trial, based solely upon the grounds that the verdict was con-
trary to law and the evidence and without evidence to support it.

> *Judgment affirmed.    All the Justices concur.*

Argued December 17, 1904. — Decided January 30, 1905.

Appeal.    Before Judge Reagan.    Dodge superior court.    Jan-
uary 23, 1904.

*W. L. & Warren Grice* and *Walter M. Clements,* for plaintiff.
*J. H. Martin,* for defendant.